UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| WILLIAM BROCK, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951(a) |
| Defendant. | : | (Interference with Interstate Commerce |
| | : | by Robbery) |
| | : | 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using or Carrying a Firearm During and |
| | : | in Relation to, or Possessing a Firearm in |
| | : | Furtherance of, a Crime of Violence) |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. §§ 853(a) and (p), |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 6, 2021, within the District of Columbia, **WILLIAM BROCK**, did

unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that

term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and

commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code,

Section 1951(a), in that the defendant, **WILLIAM BROCK**, with others known and unknown to

the grand jury, while aiding and abetting each other, did unlawfully take and obtain personal

property consisting of United States currency, in the custody of a Brinks armored truck, belonging

to SunTrust Bank, in the vicinity of 1340 Good Hope Road SE, Washington, D.C., from the

presence of an agent of Brinks, against his will by means of actual and threatened force, violence,

and fear of injury, immediate and future, to his person, while the agent was engaged in commercial activities for Brinks and SunTrust Bank, businesses that were engaged in and that affect interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Sections 1951(a) and 2)

## COUNT TWO

On or about October 6, 2021, within the District of Columbia, **WILLIAM BROCK**, by force, violence and intimidation, with others known and unknown to the grand jury, while aiding and abetting each other, did take or attempt to take from the person or presence of another, money, belonging to, and in the care, custody, control, management and possession of SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Sections 2113(a) and 2)

## COUNT THREE

On or about March 2, 2022, within the District of Columbia, **WILLIAM BROCK**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(a), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(a), in that the defendant **WILLIAM BROCK**, did unlawfully take and obtain personal property consisting of United States currency, in the custody of a Brinks armored truck, belonging to BB&T Bank, Truist Bank, US Bank, and Bank of America, in the vicinity of 1340 Good Hope Road SE, Washington, D.C., from the presence of agents of Brinks against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the agents were engaged in commercial activities for Brinks and BB&T Bank,

2

Truist Bank, US Bank, and Bank of America, businesses that were engaged in and that affect interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951(a))

## COUNT FOUR

On or about March 2, 2022, within the District of Columbia, **WILLIAM BROCK**, by force, violence and intimidation, did take or attempt to take from the person or presence of another, money, belonging to, and in the care, custody, control, management and possession of BB&T Bank, Truist Bank, US Bank, and Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT FIVE

On or about March 2, 2022, within the District of Columbia, the defendant, **WILLIAM BROCK**, did unlawfully and knowingly use, carry, and brandish a firearm during and in relation to, and possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Count Three and Count Four of this Indictment, which are incorporated herein.

(**Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

1.    Upon conviction of the offense alleged in Counts One, Two, Three, Four, and Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses.

2.      Upon conviction of the offenses alleged in Counts One, Two, Three, Four, and Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*

Attorney of the United States in
and for the District of Columbia.

5