AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| WILLIAM BROCK | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **WILLIAM BROCK**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1951(a) and 2 - Interference with Interstate Commerce by Robbery
18 U.S.C. §§ 2113(a) and 2 - Bank Robbery
18 U.S.C. § 1951(a) - Interference with Interstate Commerce by Robbery
18 U.S.C. § 2113(a) - Bank Robbery
18 U.S.C. § 924(c)(1)(A)(ii) - Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of a Crime of Violence

Date: 01/24/2023

Zia M. Faruqui
2023.01.24 16:25:44 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/25/2023, and the person was arrested on *(date)* 1/26/2023
at *(city and state)* _____.

Date: 1/26/2023

*Arresting officer's signature*

STEWART CURCIO  SPECIAL AGENT FBI
*Printed name and title*