IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WILLIAM BROCK
        Defendant.

Case No: 23-CR-26 (RCL)

## DEFENDANT BROCK'S MOTION
## TO ADVANCE STATUS HEARING AND FOR TRIAL DATE

On February 2, 2023, Defendant William Brock appeared before Magistrate Judge Merriweather for arraignment and a detention hearing. Magistrate Judge Merriweather granted the government's motion for Mr. Brock's detention pending trial, over Mr. Brock's objection, and set a status hearing in the District Court for March 8, 2023. Magistrate Judge Merriweather further granted the government's motion, over Mr. Brock's objection, for a finding of excludable time under 18 USC 3161(h) from the February 2, 2023, arraignment to the March 8, 2023, status hearing in District Court.

Mr. Brock seeks to enforce his speedy trial rights pursuant to 18 USC Sec. 3161. As such, he seeks to advance the March 8, 2023, status hearing before the District Court and for the setting of a trial date, both at the earliest dates convenient to the Court.

Respectfully submitted,

*[signature]*

John P. Pierce, DC Bar No. 475101
CJA Counsel to Defendant Brock

## CERTIFICATE OF SERVICE

I certify that on February 9, 2023, the foregoing was filed via e-file, which automatically serves a copy on all parties, and a courtesy copy was sent via email to meredith.mayer-dempsey@usdoj.gov.

    /s/    John Pierce